OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Steven Barry ZATS, Respondent.

Nos. 478 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 8, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 8th day of December, 1998, there having been filed with this Court by Steven Barry Zats his verified Statement of Resignation dated October 28, 1998, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Steven Barry Zats be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa. R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

COMMONWEALTH of Pennsylvania,
Respondent,

v.

David Joseph CESSNA, Petitioner.

Supreme Court of Pennsylvania.

Dec. 10, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 10th day of December 1998, the petition for allowance of appeal is GRANTED, the order of the Superior Court is VACATED pursuant to *Commonwealth v. Randolph,* —— Pa. ——, 718 A.2d 1242 (1998) and the matter is REMANDED to the Court of Common Pleas for proceedings consistent with our decision in *Randolph.*

Justice SAYLOR did not participate in the consideration or decision of this case.